IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24- |
| v. | : | DATE FILED: |
| DAMON BELL | : | VIOLATIONS:<br>18 U.S.C. § 2119 (carjacking – 1 count)<br>18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying, and brandishing a firearm during and in relation to a crime of violence – 1 count)<br>18 U.S.C. § 2 (aiding and abetting) |
| | : | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about April 15, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DAMON BELL**

and persons unknown to the Grand Jury, with intent to cause death and serious bodily harm, took, and aided and abetted the taking of, from the person and presence of B.H., a person known to the grand jury, by force and violence, and by intimidation, a motor vehicle, that is, a 2021 Honda Accord, VIN 1HGCV1F30MA04292, license plate PA MBY-8704, that had been transported, shipped, and received in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2119 and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 15, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DAMON BELL**

knowingly used and carried, and aided and abetted the use and carrying of, a firearm, that is, a black semi-automatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, and aiding and abetting, in violation of Title 18, United States Code, Sections 2119 and 2, as charged in Count One of this indictment, and that firearm was brandished.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

**A TRUE BILL:**

**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

No. _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

DAMON BELL

**INDICTMENT**

**Counts:**

18 U.S.C. § 2119 (carjacking – 1 count)
18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying, and brandishing a firearm during and in relation to a crime of violence – 1 count)
18 U.S.C. § 2 (aiding and abetting)



_____ day,

Filed _____

Bail, $ _____